# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136752-3(48)

MARK CHABAN, P.C., Successor of Law
Office of Mark Chaban
        Plaintiff-Appellant,

and

TINDALL & COMPANY, P.C.,
        Intervening Appellant,

v

                                      SC: 136752-3
                                      COA: 282109; 282481
                                      Wayne CC: 07-709097-AV

SHIRLEY GETSINGER, JOSEPH P.
BUTTIGLIERI, THEODORE P. PANARETOS,
and KEMP, KLEIN, UMPRHEY, ENDELMAN &
MAY, P.C.,
        Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 23, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CORRIGAN, J. I am not participating in this case because I retained defendant Joseph P. Buttiglieri to represent my husband's estate in probate court and on other matters.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

d1019